FILED BY _____ ƎḂ D.C.

OCT 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ -CV- _____
(Judge's Last Name/Magistrate's Last Name)

Rosalie Lee Jenkins-Bey

Rosalie L. Grier

Rosa Lee Jenkins

**(Full Name of Plaintiff/s)**,

    Plaintiff(s)

vs.

Deutsche Bank National Trust Company, As Trustee for Soundview Home Loan Trust

**(Full Name of Defendant/s)**,

    Defendant(s).
_____ /

## TITLE OF DOCUMENT

I, Notice of Remove [plaintiff or defendant], in the above styled cause, Notice of Lis Pendens Action for Quiet Title, Transfer of Case From the 17th Judicial Circuit in And for Broward County, Copy of Original Land Patent, Voluntary Dismissal Foreclosure Promissory Note lost And Destroyed, Adverse Possession, Homeowners Legal Rights, Forensic Report (Mortgage),

Fraudulent mortgage Note, Notice of Fraud and intent to Litigate

_____
Dated: Month, day, year

Respectfully submitted,

_ROSALIE L. JENKINS-BEY_
Name of Filer _Rosalie Lee Jenkins-Bey_

_N/A_
Attorney Bar Number *(if applicable)*

_AVRENC@gmail.com_
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_5347 S.W. 25th ST._
Street Address

_West Park, FL. (33023)_
City, State, Zip Code

Telephone: _954-549-5643_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____[date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

| | |
|---|---|
| **Party or Attorney Name** | **Party or Attorney Name** |
| **Attorney E–mail Address** *(if applicable)* | **Attorney E–mail Address** *(if applicable)* |
| **Firm Name** *(if applicable)* | **Firm Name** *(if applicable)* |
| **Street Address** | **Street Address** |
| **City, State, Zip Code** | **City, State, Zip Code** |
| Telephone: _____ | Telephone: _____ |
| Facsimile: _____ | Facsimile: _____ |
| **Attorneys for Plaintiff/Defendant** *[Party's Name(s)] (if applicable)* | **Attorneys for Plaintiff/Defendant** *[Party's Name(s)] (if applicable)* |